Compassionate Release/Home Confinement

Leon Gilb
     v.
United State of Americas

Case No: 4:12-cr-20287-08

Leon Gilb respectfully ask this court to grant this motion due to the covid-19 pandemic.

## Reasons for Relief

Leon Gilb is being housed at Allenwood FCC wer it is a widespread of covid 19 cases. 2 inmates that wer really close to Leon Gills have died from covid 19.

Leon Gilb is high risk because of high blood pressure and bronchitis. Leon Gilb is also pre diabetic. Leon Gilb grandmother Bertha White is also at high risk due

to the fact she has lung cancer.

USP-Allenwood is currently on isolation due to Covid 19. Leon Gills is scared that he will contract the virus and die. Leon Gills is a mental health patient and is in deep depression over the out break. Leon Gills have 2 Release preparation plans. over 40 programing classes. Currently enrolled in the GED program and many more.
Leon Gills is willing to meet any criteria he will need to grant this motion even 10 year of GPS - Home confinement.

### Relief Sought

Home confinement plea deal And whatever this court deem appropriate.

# Release plans

① James Frazier (313-971-1337)
4848 Moore St.
Wayne, MI 48184

### Summary

Childhood friend James own a trucking buisness and live a good crime free life and can help me with work and school.

② Erica Walker - is my current release address, she stays in Riverdale, GA and live a crime free life and can also help me get on the right path.

(404-889-1865)

① Obtain GED
② Find a Job
③ Help My family

Keith Lesly Juana
USP Allenwood
P.O. Box 3000
White Deer PA
17887

DEC 14 2020

RECEIVED
JAN 04 2021
U.S. DISTRICT COURT
FLINT, MICHIGAN

RECEIVED
DEC 04 2020
U.S. DISTRICT COURT
FLINT, MICHIGAN

12-RW
HARRISBURG PA 171
15 DEC 2020 PM 4 L

Federal Court House
Judge Goldsmith
600 Church St
Flint MI 48503

Legal 48502-Mcross

RECEIVED
JAN 07 2021
CLERKS OFFICE
U.S. DISTRICT COURT

This letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

Happy Holidays
PURPLE HEART
FOREVER USA